UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

**FILED**

JUN 24 2014

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. 14-50049-01 |
| Plaintiff, | |
| vs. | REPORT and RECOMMENDATION (Motion to Suppress) |
| SUSAN MARIE SCHRADER, | |
| Defendant. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pending is Defendant's Motion to Suppress (Doc. 42) which requests suppression of the arrest and all evidence "from the illegal search and seizure of Susan Schrader's home and office on her property in Pine Ridge, South Dakota on or about the 29th day of May, 2014." In its response, the government has represented no evidence was seized, and no statements were taken from the defendant. Therefore, the government has represented it does not intend to introduce any evidence, obtained directly or indirectly, from the fruits of the arrest. Accordingly, it is recommended that Defendant's Motion to Suppress (Doc. 42) be **DENIED AS MOOT**.

### NOTICE TO PARTIES

The parties have fourteen (14) days after service of this Report and Recommendation to file written objections pursuant to 28 U.S.C. § 636(b)(1), unless an extension of time for good cause is obtained. Failure to file timely objections will result in the waiver of the right to appeal questions of fact. Objections must be timely and specific in order to require de novo review by the District Court. *Thompson v. Nix*, 897 F.2d 356 (8th Cir. 1990); *Nash v. Black*, 781 F.2d 665 (8th Cir. 1986)

Dated this 24 day of June, 2014.

BY THE COURT:

John E. Simko
United States Magistrate Judge